IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTOPHER DUCHARME,**

    **Plaintiff,**

**v.**                               **Case No. 4:18cv316-MW/MJF**

**CENTURION, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 41. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with the Court's orders and failure to prosecute." The Clerk shall also close the file.

**SO ORDERED on September 17, 2020.**

                                                      **s/ MARK E. WALKER**
                                                      **Chief United States District Judge**

---

[1] Plaintiff was released from the Florida Department of Corrections on June 1, 2020.